# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
# MINNEAPOLIS DIVISION

| | |
|---|---|
| JAMES FUTRELL and CHRIS ROGERS, each individually and on behalf of all others similarly situated, <br><br> v. <br><br> CARGILL, INCORPORATED | Case No. 0:22-cv-00969-JRT-TNL <br> FLSA Collective Action <br> Fed. R. Civ. P. 23 Class Action <br><br> Judge John R. Tunheim <br><br> Magistrate Judge Tony N. Leung |

## PLAINTIFFS' UNOPPOSED
## MOTION TO APPROVE SETTLEMENT AGREEMENT

Plaintiffs request the Court approve the settlement reached in this Fair Labor Standards Act (FLSA) case. The Settlement Agreement represents the culmination of Plaintiffs' and Plaintiffs' counsel's investigation, litigation, and negotiation. It completely resolves Plaintiffs', and the rest of the proposed collective's, claims at issue in this lawsuit. The settlement is fair and reasonable, and it will provide meaningful relief to Plaintiffs and the similarly situated employees of Cargill who opt-into the Settlement, in light of the inherent risks of litigation and trial. Cargill has defended the claims in this lawsuit and continues to deny any wrongdoing, the violation of any federal or state wage-and-hour law, and any damages at issue.

For these reasons, settlement of this matter is in the best interest of Plaintiffs and the proposed collective members. Plaintiffs request the Court approve the Parties' Settlement Agreement, including notice to the proposed collective, and dismiss the alleged claims with prejudice.

The motion is supported by the accompanying memorandum and exhibits.

Respectfully submitted,

By: */s/ Matthew S. Parmet*
**Matthew S. Parmet**
TX Bar # 24069719
(*admitted pro hac vice*)
**PARMET PC**
2 Greenway Plaza, Ste. 250
Houston, TX 77046
phone 713 999 5228
matt@parmet.law

**Andrew R. Frisch**
FL Bar # 027777
(*admitted pro hac vice*)
**MORGAN & MORGAN, P.A.**
8581 Peters Road, 4th Floor
Plantations, FL 33324
Phone: (954) WORKERS
Email: afrisch@forthepeople.com

**Rolf T. Fiebiger**
MN Bar # 0391138
**FIEBIGER LAW LLC**
6800 France Ave. S., Ste. 190
Edina, MN 55435
phone (612) 888-6084
rolf@fiebigerlaw.com

**Michael N. Hanna**
MI Bar # P81462
**MORGAN & MORGAN, P.A.**
2000 Town Center, Suite 1900
Southfield, MI 48075
(313) 251-1399
mhanna@forthepeople.com

**Attorneys for Plaintiffs**