# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
# MINNEAPOLIS DIVISION

| | |
|---|---|
| JAMES FUTRELL and CHRIS ROGERS, each individually and on behalf of all others similarly situated,<br><br>v.<br><br>CARGILL, INCORPORATED | Case No. 0:22-cv-00969-JRT-TNL<br>FLSA Collective Action<br>FED. R. CIV. P. 23 Class Action<br><br>Judge John R. Tunheim<br><br>Magistrate Judge Tony N. Leung |

## CERTIFICATE OF COMPLIANCE

Plaintiffs' memorandum in support of their Motion to Approve Settlement Agreement complies with the word limits of LR 7.1(f) and the type-size limits of LR 7.1(h).

Plaintiffs' counsel used **Microsoft Word for Mac, version 16.79**, to generate the word count. The word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the word count. The word count shows that the referenced document contains **6,570 words**.

All text in the referenced document, including footnotes, is set in 13-point font.

Respectfully submitted,

By: */s/ Matthew S. Parmet*
 **Matthew S. Parmet**
 TX Bar # 24069719
 (*admitted pro hac vice*)
**PARMET PC**
2 Greenway Plaza, Ste. 250
Houston, TX 77046
phone 713 999 5228
matt@parmet.law

**Andrew R. Frisch**
FL Bar # 027777
(*admitted pro hac vice*)
**MORGAN & MORGAN, P.A.**
8581 Peters Road, 4th Floor
Plantations, FL 33324
Phone: (954) WORKERS
Email: afrisch@forthepeople.com

**Rolf T. Fiebiger**
MN Bar # 0391138
**FIEBIGER LAW LLC**
6800 France Ave. S., Ste. 190
Edina, MN 55435
phone (612) 888-6084
rolf@fiebigerlaw.com

**Michael N. Hanna**
MI Bar # P81462
**MORGAN & MORGAN, P.A.**
2000 Town Center, Suite 1900
Southfield, MI 48075
(313) 251-1399
mhanna@forthepeople.com

**Attorneys for Plaintiffs**