UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
MINNEAPOLIS DIVISION

| | |
|---|---|
| JAMES FUTRELL and CHRIS ROGERS, each individually and on behalf of all others similarly situated,<br><br>v.<br><br>CARGILL, INCORPORATED | Case No. 0:22-cv-00969-JRT-TNL<br>FLSA Collective Action<br>FED. R. CIV. P. 23 Class Action<br><br>Judge John R. Tunheim<br><br>Magistrate Judge Tony N. Leung |

**ORDER APPROVING SETTLEMENT AGREEMENT**

Came on to be considered Plaintiffs' Unopposed Motion to Approve Settlement Agreement, and the Court having reviewed the motion, the exhibits thereto, and any argument of counsel is of the opinion that it should be and hereby is GRANTED.

It is therefore ORDERED as follows:[1]

The following persons shall be provided notice of this case and the settlement, pursuant to the FLSA, 29 U.S.C. 216(b), as provided in the Settlement Agreement:

> All non-exempt employees, regardless of exact job, position held, or title, employed by Cargill or any direct or indirect subsidiary of Cargill in the United States during the Release Period (from December 6, 2021, through and including January 23, 2022), who were employed in a job position that used (or would have used but for the Kronos Outage), Kronos Private Cloud to track their hours worked, who worked more than forty hours in one or more workweeks during the Release Period, and who were underpaid for such hours worked in one or more workweeks during the Release Period.

---

[1] All capitalized terms not otherwise defined in this Order shall have the same meaning as defined in the Settlement Agreement.

- 2 -

The Settlement Agreement is APPROVED, including the distribution to Plaintiffs and Putative FLSA Collective Members, service award to the Named Plaintiffs, and Plaintiffs' attorneys' fees and expenses, as set forth in the Settlement Agreement.

The proposed Notice form attached to the Settlement Release, is authorized to be sent to the putative collective members as set forth in the Settlement Agreement.

This case and all claims asserted in this case by Plaintiffs and all Plaintiffs opting-into the settlement, are DISMISSED WITH PREJUDICE, with each party to bear its own costs and fees, except as set forth in the Settlement Agreement.

_____          _____
Date                                                                  John R. Tunheim
                                                                              United States District Judge